Honorable Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| ROBERT P. ZARKOS, as Personal Representative for THE ESTATE OF ROBERT S. ZARKOS, deceased,<br><br>Plaintiff,<br><br>v.<br><br>AETNA HEALTH, INC., dba AETNA LIFE INSURANCE COMPANY, a Pennsylvania Foreign Corporation; and JOHNSON CONTROLS, INC., formerly TYCO INTERNATIONAL MANAGEMENT COMPANY, a Wisconsin Foreign Corporation,<br><br>Defendants. | Case No. 2:20-cv-00204-MJP<br><br>**ORDER GRANTING DEFENDANT JOHNSON CONTROLS INC.'S STIPULATED MOTION TO SUPPLEMENT DOCKET**<br>Case No.<br><br>DEFENDANTS' JOINT NOTICE OF REMOVAL TO FEDERAL COURT |

Defendant Johnson Controls, Inc. ("Defendant JCI") has filed its Stipulated Motion to Supplement Docket ("Motion"), requesting this Court supplement the docket in this matter to include the order granting Defendant JCI's Stipulated Motion for Extension already on file at Document 2-1, pages 35-38, inclusive of the proposed order.

///

///

///

///

IT IS HEREBY ORDERED that the Order Granting Defendant Johnson Controls, Inc.'s Stipulated Motion for Extension, previously filed at Document 2-1, pages 35-38, is hereby entered into and supplements the docket in this matter.

DATED: February 19, 2020

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Russell S. Buhite*
 Russell S. Buhite, WSBA # 41257
 1201 Third Avenue, Suite 5150
 Seattle, WA 98101
 Telephone: (206) 693-7057
 Facsimile: (206) 693-7058
 Email: russell.buhite@ogletree.com

 *Attorneys for Defendant Johnson Controls, Inc.*

Approved as to Form:

HOERSCHELMANN DIETZ PLLC

By: */s/ Nathan A. Hoerschelmann*
 Nathan A. Hoerschelmann, WSBA #33592
 Gabriel A. Dietz, WSBA #54601
 P.O. Box 30026
 Seattle, WA 98103
 Telephone: (206) 953-8735
 Facsimile: (206) 451-3859
 Email: nathan@hdpnw.com
  gabe@hdpnw.com

 *Attorneys for Plaintiff*

JENSEN MORSE BAKER PLLC

By: */s/ Sarah E. Swale*
 Sarah E. Swale, WSBA #29626
 Laura T. Morse, WSBA #34532
 1809 Seventh Avenue, Suite 410
 Seattle, WA 98101
 Telephone: (206) 682-1550
 Facsimile: (206) 682-1496
 Email: sarah.swale@jmblawyers.com
  laura.morse@jmblawyers.com

 *Attorneys for Defendant Aetna Life Insurance Company*

DEFENDANT JOHNSON CONTROLS, INC.'S
UNOPPOSED MOTION TO SUPPLEMENT
DOCKET - 3
Case No. 2:20-cv-00204-MJP

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of February, 2020, I electronically filed the foregoing [PROPOSED] ORDER GRANTING STIPULATED MOTION TO SUPPLEMENT DOCKET with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record for the Parties in the above-captioned litigation:

>Nathan A. Hoerschelmann, WSBA #33592
>Gabriel A. Dietz, WSBA #54601
>Hoerschelmann Dietz PLLC
>P.O. Box 30026
>Seattle, WA 98103
>Telephone: (206) 953-8735
>Facsimile: (206) 451-3859
>Email: nathan@hdpnw.com
>gabe@hdpnw.com

*Attorneys for Plaintiff*

>Sarah E. Swale, WSBA #29626
>Laura T. Morse, WSBA #34532
>Jensen Morse Baker PLLC
>1809 Seventh Avenue, Suite 410
>Seattle, WA 98101
>Telephone: (206) 682-1550
>Facsimile: (206) 682-1496
>Email: sarah.swale@jmblawyers.com
>laura.morse@jmblawyers.com

*Attorneys for Defendant Aetna Life Insurance Company*

SIGNED THIS 18th day of February, 2020 at Seattle, Washington.

>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>
>By: */s/ Cheryl L. Kelley*
>Cheryl L. Kelley, Practice Assistant
>cheryl.kelley@ogletree.com

41857497.1

DEFENDANT JOHNSON CONTROLS, INC.'S
UNOPPOSED MOTION TO SUPPLEMENT
DOCKET - 4
Case No. 2:20-cv-00204-MJP