The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT P. ZARKOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AETNA LIFE INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-00204-MJP<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION AMEND COMPLAINT<br><br>Noted for consideration: March 19, 2020 |

Having read all papers filed in connection with the Parties' Stipulated Motion to Amend Complaint ("Motion") and considered the issues raised therein,

IT IS HEREBY ORDERED that the Motion is Granted and Plaintiff's First Amended Complaint attached as Exhibit A to the Parties' Motion is deemed filed and entered as of the date of this Order.

///
///
///
///
///
///

Page 1 - [PROPOSED] ORDER GRANTING MOTION TO AMEND COMPLAINT

HOERSCHELMANN DIETZ PLLC
P.O. BOX 30026
SEATTLE, WA 98113
(206) 953-8735 (206) 451-3859

1   SO ORDERED this 13th day of March, 2020

BY THE COURT

_____
Marsha J. Pechman

United States District Court Judge

Page 2 - [PROPOSED] ORDER GRANTING MOTION TO AMEND COMPLAINT

HOERSCHELMANN DIETZ PLLC
P.O. Box 30026
Seattle, WA 98113
(206) 953-8735 (206) 451-3859