UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT P ZARKOS, as Personal Representative for THE ESTATE OF ROBERT S. ZARKOS, deceased,<br><br>Plaintiff,<br><br>v.<br><br>AETNA HEALTH, INC., et al.<br><br>Defendants. | CASE NO. C20-204 MJP<br><br>ORDER GRANTING STIPULATED JOINT MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS |

Upon consideration of the Stipulated Joint Motion to Extend Deadline to File Dispositive Motions, it is hereby ORDERED that the Motion be, and is, hereby GRANTED. The deadline for all parties to file their respective dispositive motions is extended to December 11, 2020.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 13, 2020.

_____
Marsha J. Pechman
United States District Judge

ORDER GRANTING STIPULATED JOINT MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS - 1